IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES EX REL. ILENE FARLEY, | : : : : |
| Plaintiff, | : : |
| v. | CIVIL ACTION NO. 1:03-CV-62-3 : : |
| PROVIDENCE LEARNING CENTER AND DEVELOPMENT CORP., CHARLES WALKER, GERALD L. DURLEY, DALE E. JONES, LYNN WHATELY, JAN SWANSON, STEPHANIE JOHNSON FRANK McCLOSKEY, MYRA BURNETT-YOUNG, JANNIE B. REDMON, DEREK W. MOSES, GREGORY D. BIGG, MOSES & COMPANY, LLC, PROVIDENCE MISSIONARY BAPTIST CHURCH, | : ~~FILED UNDER SEAL~~ : : : : : : : : : : |
| Defendants. | : : |

## THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id.

Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

Finally, the United States requests that only the complaint, this notice, and the Court's Order be unsealed and served upon the defendant. All other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period) should remain under seal and not be made public or served upon the defendant.

A proposed order accompanies this notice.

Respectfully submitted, this ⟨handwritten⟩ day of October, 2003.

                              MAXWELL WOOD
                              UNITED STATES ATTORNEY

By:                     _____
                              William D. Gifford
                              Assistant U.S. Attorney
                              Georgia Bar No. 293239
                              Post Office Box 1702
                              Macon, GA 31202-1702
                              (478) 752-3511

MICHAEL F. HERTZ
Robert J. McAuliffe
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-1046