IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES EX REL.<br>ILENE FARLEY,<br><br>    Plaintiff,<br><br>v.<br><br>PROVIDENCE LEARNING CENTER AND DEVELOPMENT CORP., CHARLES WALKER, GERALD L. DURLEY, DALE E. JONES, LYNN WHATELY, JAN SWANSON, STEPHANIE JOHNSON FRANK McCLOSKEY, MYRA BURNETT-YOUNG, JANNIE B. REDMON, DEREK W. MOSES, GREGORY D. BIGG, MOSES & COMPANY, LLC, PROVIDENCE MISSIONARY BAPTIST CHURCH,<br><br>    Defendants. | CIVIL ACTION NO. 1:03-CV-62-3<br><br>~~FILED UNDER SEAL~~ |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;



3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. all orders of this Court shall be sent to the United States; and that

6. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED, this 29th day of October, 2003.

_____
United States District Judge

Presented by:

_____
William D. Gifford
Assistant U.S. Attorney
Georgia Bar No. 293239
Post Office Box 1702
Macon, GA 31202-1702
(478) 752-3511

ENTERED ON DOCKET
October 29, 2003
Gregory J. Leonard, Clerk
Deputy Clerk

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing United States' Notice of Election to Decline Intervention and proposed order have been mailed on this 24th day of October, 2003 to the following:

>Mike Bothwell
>G. Mark Simpson
>304 Macy Drive
>Roswell, Georgia 30076

_____
William D. Gifford
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
Middle District of Georgia

IN THE MATTER OF                                      No. 1:03-cv-00062

Seal - plaintiff

v.

Seal - defendant

Doc. ID No.:         -      8

---

## CERTIFICATE OF SERVICE

This is to certify that I have on this date mailed a copy of the attached document to:

    Mike Bothwell, Esq.
    304 Macy Drive
    Roswell, GA  30076

    G. Mark Simpson, Esq.
    304 Macy Drive
    Roswell, GA  30076

    William David Gifford, Esq.
    P.O. Box 1702
    Macon, GA  31202-1702

Dated: October 29, 2003

Gregory J. Leonard, CLERK
By
*Kathy Ellis* (signature)
Deputy Clerk