**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| United States ex rel. Ilene Farley, : | |
| : | |
| Plaintiff, : | |
| v.  : | Civil Action File |
| : | No.:1:05-CV-02981-RWS |
| Providence Learning Center and : | |
| Development Corp., Charles Walker, : | |
| Gerald L. Durley, Dale E. Jones, Lynn : | |
| Whatley, Jan Swanson, Stephanie : | |
| Johnson, Frank McCloskey, Myra : | |
| Burnett-Young, Jannie B. Redmon, Derek : | |
| W. Moses, Gregory D. Bigg, Moses & : | |
| Company, LLC, and Providence : | |
| Missionary Baptist Church, : | |
| : | |
| Defendants. : | |

**STIPULATION OF DISMISSAL**

The undersigned parties and their counsel, having resolved this matter, hereby agree to the dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1) on the following terms:  This action is to be dismissed as to all defendants (1) with prejudice as to the plaintiff, Ilene Farley and (2) without prejudice as to the United States.  Each party agrees to make no further claims for costs.

A proposed order accompanies this stipulation.

                                        Respectfully submitted,
                                        BOTHWELL & HARRIS PC

                                        */s/ Mike Bothwell*
                                        Mike Bothwell
                                        Richard Harris
                                        Counsel to Ilene Farley

        GOODMAN MCGUFFEY LINDSEY &
        JOHNSON, LLP

        */s/ Edward H. Lindsey*
        Edward H. Lindsey
        Counsel to Defendants Providence
        Missionary Baptist Church, Gerald L.
        Durley, Charles Walker and Lynn Whatley

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| United States ex rel. Ilene Farley, | : |
| Plaintiff, | : |
| v. | : Civil Action File |
| | : No.:1:05-CV-02981-RWS |
| Providence Learning Center and Development Corp., Charles Walker, Gerald L. Durley, Dale E. Jones, Lynn Whatley, Jan Swanson, Stephanie Johnson, Frank McCloskey, Myra Burnett-Young, Jannie B. Redmon, Derek W. Moses, Gregory D. Bigg, Moses & Company, LLC, and Providence Missionary Baptist Church, | : |
| Defendants. | : |

## [PROPOSED] ORDER

Upon Consideration of the Stipulation of Dismissal filed by the parties, and upon the written consent of the United States,

IT IS HEREBY ORDERED that this action be dismissed (1) with prejudice as to Ilene Farley and (2) without prejudice as to the United States.

Each party agrees to make no further claims for costs.

This ___ day of October, 2007.

_____
Honorable Richard W. Story
U.S. District Court Judge